


# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>Roberto VALENZUELA (1),<br>Carlos AVALOS (2),<br><br>                Defendants. | Case No.:  **24mj371**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about February 4, 2024, within the Southern District of California, Roberto VALENZUELA and Carlos AVALOS did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about February 4, 2024, within the Southern District of California, Roberto VALENZUELA and Carlos AVALOS did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled

Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Nicole Caughey
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 5th day of February 2024.

Honorable Steve B. Chu
United States Magistrate Judge

2

## **STATEMENT OF FACTS**

On February 4, 2024, at approximately 6:14 PM, Roberto VALENZUELA and Carlos AVALOS applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #29. VALENZUELA was the driver and registered owner of a 2004 Toyota Solara bearing California license plates. AVALOS was a passenger in the vehicle.

A Customs and Border Protection Officer (CBPO) received a declaration of two hats from VALENZUELA. VALENZUELA stated he was crossing the border to go to Visalia, California. The CBPO conducted a cursory inspection of the vehicle and observed a natural void between the rear convertible wall and the back seat. The CBPO pulled back the rear carpet and observed a clear package. Upon reaching for the clear package, the CBPO felt a hard brick-like object. VALENZUELA and AVALOS were escorted to the security office and the vehicle was referred for further inspection.

A Canine Enforcement Team responded to a request on primary lane #29, when the Human and Narcotic Detection Dog screened the vehicle and alerted to the trunk front wall of the vehicle.

1

A CBPO operating the Z-Portal X-Ray machine detected anomalies on the top backscatter/top transmission image and right-side forward scatter images of the vehicle.

Further inspection of the vehicle resulted in the discovery of 14 total packages concealed in the rear trunk area behind upholstery, next to a battery that powers the convertible roof of the vehicle.  Ten of the packages contained a substance, a sample of which field tested positive for the characteristics of Cocaine, with a total approximate weight of 12.46 kgs (27.47 lbs.). Four of the packages contained a substance, a sample of which field tested positive for the characteristics of Fentanyl, with a total approximate weight of 4.44 kgs (9.78 lbs.).

VALENZUELA and AVALOS were placed under arrest at approximately 10:30 PM.

During a post-Miranda interview, AVALOS denied knowledge that the narcotics were in the vehicle.  AVALOS denied knowing how narcotics could have gotten into the vehicle.  AVALOS stated VALENZUELA was in possession of the vehicle keys during the entirety of their stay in Mexico.  AVALOS stated that he and VALENZUELA were traveling home to Visalia, California after staying the weekend in Rosarito, Mexico.

2

VALENZUELA and AVALOS were arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

3